732 A.2d 510

IN THE MATTER OF BEVERLY G. GISCOMBE, AN ATTORNEY AT LAW.

July 16, 1999.

## ORDER

The Disciplinary Review Board on January 26, 1999, having filed with the Court a report concluding that **BEVERLY G. GISCOMBE** of **EAST ORANGE,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.7 and 1.9 (conflict of interest);

And the Disciplinary Review Board having further concluded that respondent should be required to practice law under supervision for a period of one year;

And good cause appearing;

It is ORDERED that **BEVERLY G. GISCOMBE** is hereby reprimanded; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics, for a period of one year and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.